

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: **Gregory Hazel**
(Please print)

STREET ADDRESS: **5518 north Mango**

CITY/STATE/ZIP: **Chicago, Il. 60630-1206**

PHONE NUMBER: **708-698-1109**

CASE NUMBER: **08CV4906
JUDGE NORGLE
MAG. JUDGE KEYS**

Signature / Date: *[signature]* 8-27-08

FILED
AUG 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT