F I L E D
AUG 27 2008
Aug 27, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

F I L E D
AUG 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) **Gregory P. Hazel**

v.

Defendant(s) **John E. Potter, Postmaster General, United States Postal Service, Agency**

**08CV4906**
**JUDGE NORGLE**
**MAG. JUDGE KEYS**

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, **Gregory P. Hazel**, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding [NOTE: This item *must* be completed]: **NELA-Illinois, CARPL, Chicago Legal Clinic, Cook County legal assistance Foundation, Mandel legal Aid Clinic, Northwestern University legal clinic, Kent College legal Clinic, Chgo Lawyers Committee, Chgo Bar Assoc.,**

3. In further support of my motion, I declare that (check appropriate box): **private attorney require high retainer**
   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

   /s/ _____
   Movant's Signature

   **8-27-08**
   Date

   **5518 north Manso**
   Street Address

   **Chicago, IL 60630**
   City, State, ZIP